IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSIAH RICHARD FIERRO,
    Plaintiff,

  vs.              CIV NO. 2:16-00193-SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
    Defendant.

## ORDER FOR EXTENSION

  Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 18) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 17), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

  IT IS THEREFORE ORDERED that Defendant shall have until January 26, 2017 to file a response, and Plaintiff shall have until February 9, 2017, to file a reply.

  SIGNED __December 15__, 2016.

                  _____
                  STEPHAN M. VIDMAR
                  United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 12/15/2016*
DORRELYN DIETRICH
Special Assistant United States Attorney

*Electronically approved 12/14/2016*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff