**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**JOSIAH RICHARD FIERRO,**

     **Plaintiff,**

**v.**                                   **No. 2:16-cv-00193-SMV**

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

     **Defendant.**

## <u>ORDER</u>

The Court, having considered Defendant's Unopposed Motion to Remand for Further Proceedings, and good cause appearing, hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS ORDERED that, upon remand, the Appeals Council will remand the matter to an ALJ for a de novo hearing and new decision.

AND IT IS SO ORDERED.

                                           _____

STEPHAN M. VIDMAR
United States Magistrate Judge
Presiding by Consent

Submitted by:
/s/Laura H. Holland
LAURA H. HOLLAND
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 4169
Denver, CO 80294
Telephone (303) 844-7315
Laura.holland@ssa.gov

- 1 -

Approved  via email on 1/20/2017:

/s/Michael Armstrong
MICHAEL ARMSTRONG
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM  87108
Telephone (505) 890-9056