IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSIAH RICHARD FIERRO,

    Plaintiff,

v.                                            No. 16-cv-0193 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

    Defendant.

## JUDGMENT

Having granted Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 21],

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**